# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134393(78)(79)(80)

WILLIAM MILLER,
      Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
      Defendant,
      Cross-Defendant-Appellant,
and

PT WORKS, INC.,
      Cross-Plaintiff-Appellee.

SC: 134393
COA: 259992
Wayne CC: 03-325030-NF

_____

WILLIAM MILLER,
      Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
      Defendant,
      Cross-Defendant-Appellee,
and

PT WORKS, INC.,
      Cross-Plaintiff-Appellant.

SC: 134406
COA: 259992
Wayne CC: 03-325030-NF

_____

      Order of the Chief Justice, motions by the Attorney General and the Business Law and Health Car Law Sections of the State Bar of Michigan for extension to March 12, 2008 of the time for filing briefs *amicus curiae* are considered and they are GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 25, 2008                                             

                                          Clerk